**Madge A. RICHARDS, Appellant,**

v.

**COMMONWEALTH of Kentucky ex rel. DEPARTMENT OF HIGHWAYS et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 26, 1960.

J. A. Richards, Roger A. Byron, Owingsville, for appellant.

James M. Richardson, Owingsville, for appellees.

PER CURIAM.

The judgment in this case when construed in connection with the pleadings does not disclose the amount in controversy to be $2,500 or more. Therefore, as the appeal is not prosecuted by motion under KRS 21.080 it is dismissed sua sponte. Maslow Cooperage Corporation v. Hofgesang, Ky., 316 S.W.2d 126.